IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIMOTHY A. TADLOCK,
FORMER HUSBAND,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D15-1701

v.

JULIE A. TADLOCK, FORMER
WIFE,

Appellee.

_____/

Opinion filed February 11, 2016.

An appeal from the Circuit Court for Clay County.
Dan Wilensky, Judge.

Timothy A. Tadlock, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

AFFIRMED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.